UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRENT MORRIS,<br><br>           Plaintiff,<br><br>v.<br><br>C. KERNER, *et al.*,<br><br>           Defendants. | Case No.: 3:17-CV-00073-RCJ-WGC<br><br>ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF NO. 44) |

      Before the Court is the Report and Recommendation of United States Magistrate Judge William G. Cobb, (ECF No. 44[1]) entered on April 29, 2021, recommending that the Court grant Defendants' Motion for Summary Judgment (ECF Nos. 40, 42).

      This action was referred to Magistrate Judge Cobb under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

      The Court has considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

---

[1] Refers to Court's docket number.

1

**IT IS HEREBY ORDERED** that Magistrate Judge Cobb's Report and Recommendation (ECF No. 44) is **ADOPTED and ACCEPTED**.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment (ECF Nos. 40, 42) are **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of the Court will enter judgment accordingly and close this case.

**IT IS SO ORDERED**.

Dated this 17th day of May, 2021.

_____
ROBERT C. JONES
United States District Judge